FILED
CLERK, U.S. DISTRICT COURT
JUL 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY DRU GLEGHORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | NO. CV 08-00790-MMM (MAN)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed without prejudice, for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: _July 21, 2008_ .

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE